**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEWBURY COMMON | ) | |
| ASSOCIATES, LLC, <u>et al.</u>, | ) | Case No. 15 - 12507 (LSS) |
| | ) | |
| | ) | Joint Administration Requested |
| Debtors.[1] | ) | |
| | ) | |

**DECLARATION OF MARC BEILINSON IN SUPPORT OF**
**<u>CHAPTER 11 PETITIONS</u>**

Marc Beilinson declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury,

that the following is true and correct:

1.      I am the Managing Partner of Beilinson Advisory Group, a financial

restructuring and hospitality advisory group that specializes in assisting distressed companies.  I

have over 25 years of experience restructuring financial distressed companies.  I have been

employed and retained to serve as the Chief Restructuring Officer of the above captioned debtors

(collectively, the "**Debtors**") and their non-debtor affiliates.  In such capacity, I am generally

familiar with the Debtors' operations, business affairs, books, and records.

2.      On December 13, 2015 (the "**Petition Date**"), each of the Debtors with the

exception of Tag Forest, LLC ("**Tag**") commenced a voluntary case under chapter 11 of title 11

of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification
number, are: Newbury Common Associates, LLC (3783); Seaboard Realty, LLC (6291); 600 Summer
Street Stamford Associates, LLC (6739); Seaboard Hotel Member Associates, LLC (8984); Seaboard Hotel
LTS Member Associates, LLC (6005); Park Square West Member Associates, LLC (9223); Seaboard
Residential, LLC (2990); One Atlantic Member Associates, LLC (4120); 88 Hamilton Avenue Member
Associates, LLC (5539); 316 Courtland Avenue Associates, LLC (0290); 300 Main Management, Inc.
(6365); 300 Main Street Member Associates, LLC (2334); ; PSWMA I, LLC (6291); PSWMA II, LLC
(6291); and Tag Forest, LLC (8974).

the District of Delaware (this "**Court**").  On December 14, 2015, Tag commenced its voluntary case under chapter 11 of the Bankruptcy Code in this Court.  The Debtors continue to operate their businesses and manage their properties as "debtors in possession," as I understand that term.  The Debtors have sought an order directing that their cases be jointly administered for procedural purposes only by this Court.  No official committees have been appointed in the Debtors' chapter 11 cases and no request has been made for the appointment of a trustee or an examiner.

3.      As set forth below, I am generally familiar with the contents of each of the Debtors' chapter 11 petitions.  I believe that the filing of these chapter 11 cases will preserve and maximize the value of the Debtors' estates and assist the Debtors in achieving a successful reorganization.

4.      Accordingly, I submit this declaration (this "**Declaration**") in support of the Debtors' chapter 11 petitions.  Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, or information supplied to me by other members of the Debtors' management or professionals, or my opinion based upon my experience, discussions with the Debtors' advisors, and knowledge of the Debtors' operations and financial condition.  I am authorized to submit this Declaration on behalf of the Debtors.  I am of sound mind and, if called to testify, I would attest to the facts described herein.

**Corporate Structure and Business Operations**

5.      The Debtors in these chapter 11 cases are: Newbury Common Associates, LLC, Seaboard Realty, LLC, 600 Summer Street Stamford Associates, LLC, Seaboard Hotel Member Associates, LLC, Seaboard Hotel LTS Member Associates, LLC, Park Square West

Member Associates, LLC, Seaboard Residential, LLC, One Atlantic Member Associates, LLC, 88 Hamilton Avenue Member Associates, LLC, 316 Courtland Avenue Associates, LLC, 300 Main Management, Inc., 300 Main Street Member Associates, LLC, Tag Forest, LLC, PSWMA II, LLC, and PSWMA I, LLC.

6.      The Debtors and their non-debtor affiliates comprise a corporate enterprise that owns a diverse portfolio of high quality, distinctive commercial, hospitality and residential properties located primarily in Stamford, Connecticut.   Seaboard Realty, LLC, directly or indirectly, serves as the manager under the operating agreements for each of the Debtors and their non-debtor affiliates and is owned 50% by John DiMenna, 25% by Thomas Kelly and 25% by William Merritt.  The remaining Debtors other than Tag Forest, LLC and Newbury Common Associates, LLC, are holding companies whose assets are substantially comprised of the equity of their subsidiaries.[2]  The Debtors do not have any employees.  An organizational chart is attached hereto as **Exhibit A**.

7.      Prior to the Petition Date, substantially all of the real property owned by the Debtors' enterprise (except for the Courtyard hotel, which was and is managed by Urgo Hotels, an unaffiliated third party) were managed by Seaboard Property Management, Inc. a property management company owned by Mr. DiMenna.   Through Seaboard Property Management, Inc., Mr. DiMenna actively managed, and was responsible for, the day-to-day operations of the Debtors' enterprise.

8.      Urgo Hotels serves as the manager for the Courtyard hotel indirectly owned by Seaboard Hotel Member Associates, LLC.  The Debtors are all privately owned and

---

[2]      Substantially all of the assets of Tag Forest, LLC and Newbury Common Associates, LLC were sold prior to the Petition Date.

no debt or equity securities of any Debtor are currently listed or traded on any public securities exchange or market.

**Events Leading to Chapter 11 Cases**

9.    On or about November 20, 2015, Messrs. Kelly and Merritt became concerned that the operations and finances of the Debtors and their non-debtor affiliates were not as they had been represented to them by Mr. DiMenna.  Specifically, Messrs. Kelly and Merritt became aware that certain of the Debtors and their non-debtor affiliates were having substantial difficulty meeting their financial obligations.

10.    In light of this concern, Messrs. Kelly and Merritt immediately began a process to protect the Debtors' enterprise.  First, they undertook a deeper analysis and investigation into the accounting and finances of the Company.  Second, they caused Mr. DiMenna to resign his active management of the Debtors' enterprise and to relinquish his control of the Debtors to Messrs. Kelly and Merritt.  Third, they caused the Debtors and their non-debtor affiliates to retain Dechert LLP as restructuring counsel and Anchin, Block & Anchin, LLP as forensic accountants.  Fourth, they caused the Debtors to retain Marc Beilinson as Chief Restructuring Officer for each of the Debtors and their non-debtor affiliates to lead an independent investigation of the Debtors' assets and liabilities together with Dechert LLP and Anchin, Block & Anchin, LLP and to develop a plan to maximize the value of the Debtors' enterprise for all stakeholders.

11.    As the investigation into the Debtors' finances continued, it became readily apparent that there were significant questions related to the Debtors' assets and liabilities and that the protection afforded by the Bankruptcy Code was essential to preserve the value of the Debtors' enterprise and to permit the Debtors to continue their independent investigation.

12.     The Debtors intend to immediately begin discussions with their lenders as well as the mortgage lenders to each of their non-debtor affiliates in an attempt to reach consensus on a path which will maximize value for all stakeholders.  Although the Debtors intend to reach interim agreements with each of the lenders, it may become necessary for the Debtors' non-debtor affiliates to commence chapter 11 cases.

**Joint Administration**

13.     I submit that many of the motions, applications, hearings and orders that will arise in these chapter 11 cases will jointly affect all of the Debtors.  For this reason, I believe that the interests of the Debtors, their creditors and other parties in interest would be best served by the joint administration of these chapter 11 cases.  The Debtors further believe that in order to optimally and economically administer the Debtors' pending chapter 11 cases, such cases should be jointly administered, for procedural purposes only, under the case number assigned to Newbury Common Associates, LLC.  I believe that joint administration will also significantly reduce the volume of paper that otherwise would be filed with the Clerk of this Court, render the completion of various administrative tasks less costly and minimize the number of unnecessary delays.  Moreover, I believe that the relief requested by this motion will also simplify supervision of the administrative aspects of these cases by the United States Trustee (the "**U.S. Trustee**").  For these reasons, I believe, and the Debtors submit, that the relief requested in this motion is in the best interests of the Debtors, their estates and their creditors and should therefore be approved.

14.    I declare under penalty of perjury that, based upon my knowledge, information and belief as set forth in this Declaration, the foregoing is true and correct.

Dated:  December 14, 2015
Wilmington, Delaware

/s/ Marc Beilinson
Name:    Marc Beilinson
Title:    Chief Restructuring Officer

**<u>EXHIBIT A</u>**

## Seaboard Companies Corporate Structure

| | |
|---|---|
| Debtor | |
| Non-Debtor | |

John DiMenna ("JD") – 50% (resigned 12/2/15)
Thomas Kelly, Jr. ("TK") – 25%
William A. Merritt, Jr. ("WM") – 25%

Seaboard Realty, LLC (CT)

**PSWMA II, LLC**
Manager: Seaboard Realty, LLC
Member: Seaboard Realty, LLC (100%)

**PSWMA I, LLC**
Manager: Seaboard Realty, LLC
Member: PSWMA II, LLC (100%)

---

**316 Courtland Avenue Associates, LLC**
Manager: Seaboard Realty, LLC
Members: Seaboard Realty, LLC (25%), TK et al.

**Tag Forest, LLC**
Manager: Seaboard Realty, LLC
Members: JD, TK, WM, TLK Seaboard Investments, LLC

**600 Summer Street Stamford Associates, LLC**
Manager: Seaboard Realty, LLC
Members: Seaboard Realty, LLC (25%), TK et al.

**One Atlantic Member Associates, LLC**
Manager: Seaboard Property Management, Inc. (as result of JD resignation effectively Seaboard Realty)
Members: JD (33%); WM (33%); TK Trust (28%); TLK LLC (5%)

**88 Hamilton Avenue Member Associates, LLC**
Manager: Seaboard Realty, LLC
Members: Seaboard Realty, LLC (25%), TK et al.

**Newbury Common Member Associates, LLC**
Manager: Seaboard Realty, LLC
Members: Seaboard Realty, LLC (25%), TK et al.

**Seaboard Hotel Member Associates, LLC**
Manager: Seaboard Realty, LLC
Members: Seaboard Realty, LLC (25%), TK et al.

**Park Square West Member Associates, LLC**
Manager: Seaboard Realty, LLC
Members: Seaboard Realty, LLC (25%), TK et al.

**Seaboard Hotel LTS Member Associates, LLC**
Manager: Seaboard Realty, LLC
Members: Seaboard Realty, LLC (25%), TK et al.

**Seaboard Residential, LLC**
Manager: Seaboard Realty, LLC
Members: Seaboard Realty, LLC (25%)

**300 Main Street Member Associates, LLC**
Manager: Seaboard Realty, LLC
Members: Seaboard Realty, LLC (25%), TK et al.

---

**220 Elm Street I, LLC**
Manager: Board designated by Member
Member: 316 Courtland Avenue Associates, LLC (100%)

**Century Plaza Investor Associates, LLC**
Manager: Board (JD, WM, TK) designated by Member
Member: 600 Summer Street Stamford Associates, LLC (100%)

**One Atlantic Investor Associates, LLC**
Manager: Board (JD, WM, TK) designated by Member
Member: One Atlantic Member Associates, LLC (100%)

**88 Hamilton Avenue Associates, LLC**
Manager: Board (JD, TK, WM, 2 springing Ind. Dir.) designated by Member
Member: 88 Hamilton Member Avenue Associates, LLC (100%)

**Newbury Common Associates, LLC**
Manager: Board (JD, WM, TK) designated by Member
Member: Newbury Common Member Associates, LLC (100%)

**Seaboard Hotel Associates, LLC**
Manager
Member: Seaboard Hotel Member Associates, LLC (100%)

**Park Square West Associates, LLC**
Manager
Member: Park Square West Member Associates, LLC (100%)

**Seaboard Hotel LTS Associates, LLC**
Manager
Member: Seaboard Hotel LTS Member Associates, LLC (100%)

**Clocktower Close Associates, LLC**
Manager: Board (JD, WM, TK) designated by Member
Member: Seaboard Residential, LLC (100%)

**300 Main Street Associates, LLC**
Manager: 300 Main Mgmt., Inc.
Members: Seaboard Residential, LLC (90%); 300 Main St. Member Associates, LLC (9%); 300 Main Management, Inc. (1%).

**300 Main Management, Inc.**
Manager: Seaboard Realty, LLC
Members: Seaboard Realty, LLC (25%), TK et al.