# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NEWBURY COMMON ASSOCIATES, LLC, et al., | Case No. 15 - 12507 (LSS) |
| Debtors.[1] | Joint Administration Requested |

## CERTIFICATION OF CONSOLIDATED CREDITOR MATRIX

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby certify under penalty of perjury that the Consolidated Creditor Matrix submitted herewith, pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, formatted in portable document format, containing the list of creditors of the Debtors, is complete and, to the best of the Debtors' knowledge, correct and consistent with the Debtors' books and records.

For the reasons set forth in my declaration in Support of the Chapter 11 Petitions, the Debtors are continuing to review their assets, liabilities and ownership interests. The information contained in the Consolidated Creditor Matrix is based on a preliminary review of the Debtors' books and records. The Debtors are still in the process of identifying creditors. The Consolidated Creditor Matrix does not contain any creditors that are investors in the Debtors, nor does it contain any intercompany creditors. Additionally, the Debtors have not completed a legal

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Newbury Common Associates, LLC (3783); Seaboard Realty, LLC (6291); 600 Summer Street Stamford Associates, LLC (6739); Seaboard Hotel Member Associates, LLC (8984); Seaboard Hotel LTS Member Associates, LLC (6005); Park Square West Member Associates, LLC (9223); Seaboard Residential, LLC (2990); One Atlantic Member Associates, LLC (4120); 88 Hamilton Avenue Member Associates, LLC (5539); 316 Courtland Avenue Associates, LLC (0290); 300 Main Management, Inc. (6365); 300 Main Street Member Associates, LLC (2334); ; PSWMA I, LLC (6291); PSWMA II, LLC (6291); and Tag Forest, LLC (8974).

21777317

and/or factual investigation with regard to possible defenses to any claims of the potential claimants included in the Consolidated Creditor Matrix. In addition, certain of the entities included in the Consolidated Creditor Matrix may not hold outstanding claims as of the date hereof, and therefore may not be creditors of the Debtors for purposes of these chapter 11 cases. Therefore, this listing does not and should not be deemed to constitute either (i) a waiver of any defenses to any claims that may be asserted against the Debtors, or (ii) an acknowledgement of the validity or amount of any claims that may be asserted against the Debtors.

Dated: December 14, 2015
       Wilmington, Delaware

Newbury Common Associates, LLC, (for itself and on behalf of its affiliated debtors and debtors in possession)

*/s/ Marc Beilinson*
Name: Marc Beilinson
Title: Chief Restructuring Officer
Newbury Common Associates, LLC, et al.

| Creditor Name | Notice Name | Address 1 | Address 2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| UC Funding, LLC | | 745 Boylston St., Suite 502 | | Boston | MA | 02116 |
| UC Funding, LLC | Corporation Service Co. | 2711 Centerville, Rd. Suite 400 | | Wilmington | DE | 19808 |
| UC Funding, LLC | Diane Champa, Director, Servicing | 745 Boylston St., Suite 502 | | Boston | MA | 02116 |
| UC Funding, LLC Counsel | Federman Steifman, LLP, Attn: Andrew F. Lampert | 350 North Orleans St., Suite 950 | | Chicago | IL | 60654 |
| CPR Money, LLC | | 745 Boylston St.,Suite 502 | | Boston | MA | 02116 |
| CPR Money, LLC | Corporation Service Co. | 2711 Centerville, Rd. Suite 400 | | Wilmington | DE | 19808 |
| CPR Money, LLC Counsel | Federman Steifman, LLP, Attn: Andrew F. Lampert | 350 North Orleans St., Suite 950 | | Chicago | IL | 60654 |
| UCF I Trust 1, LLC | c/o UC Credit Services, LLC | 745 Boylston St., Suite 502 | | Boston | MA | 02116 |
| UCF I Trust 1, LLC | Wilmington Savings Fund Society, FSB | 500 Delaware Ave., 11th Fl. | | Wilmington | DE | 19801 |
| UCF I Trust 1, LLC | Federman Steifman, LLP, Attn: | 350 North Orleans St., Suite 950 | | Chicago | IL | 60654 |
| Israel Discount Bank | Sten Stanlund, Senior VP | 511 Fifth Avenue | | New York | NY | 10017 |
| Israel Discount Bank of New York | Headquarters | 511 Fifth Ave. | | New York | NY | 10017 |
| Israel Discount Bank of New York Counsel | Ferguson Cohen LLP, Attn: Stuart M. Cohen | 25 Field Point Road | | Greenwich | CT | 06830 |
| Israel Discount Bank of New York Counsel | Bleakley Platt & Schmidt, LLP, Attn: James J. Sullivan | One North Lexington Avenue | | White Plains | NY | 10601 |
| First County Bank | Gerald Spillane, Vice President | 117 Prospect St, | | Stamford | CT | 06901 |
| First County Bank | Headquarters | 160 Atlantic St. | | Stamford | CT | 06901 |
| First County Bank Counsel | | | | | | |
| Cedar Hill Capital | Mailing Address | 106 Mariomi Rd. | | New Canaan | CT | 06840 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Cedar Hill Capital | Agent | 200 Connecticut Ave., | | Norwalk | CT | 06854 |
| Cedar Hill Capital | | 106 Mariomi Rd. | | New Canaan | CT | 06840 |
| Cedar Hill Capital Counsel | | | | | | |
| Cedar Hill Capital | Roger Saunders, Managing Partner | 106 Mariomi Rd. | | New Canaan | CT | 06840 |
| RBS Citizens, N.A. | Name Change: Citizens Bank, N.A. | One Citizens Plaza | | Providence | RI | 02903 |
| RBS Citizens, N.A. | Tim Mulhall, Vice President | 600 Washington Blvd. | | Stamford | CT | 06901 |
| RBS Citizens, N.A. Counsel | | | | | | |
| TD Bank, N.A. | | 2035 Limestone Rd. | | Wilmington | DE | 19808 |
| TD Bank, N.A. | | 40 Danbury Rd. | | Wilton | CT | 06897 |
| TD Bank, N.A. | David G. Strouse, VP Derivatives | 1 Portland Sq Ste 4 | | Portland | ME | 04101-4059 |
| TD Bank, N.A. Counsel | | | | | | |
| Wilmington Trust, N.A. | | 1100 North Market St. | Rodney Square North | Wilmington | DE | 19801 |
| Wilmington Trust, N.A. | Nick Tally, Loan Services VP | 1100 North Market St. | Rodney Square North | Wilmington | DE | 19801 |
| Wilmington Trust, N.A. | Chris Monigle, Loan Services VP | 1100 North Market St. | Rodney Square North | Wilmington | DE | 19801 |
| Wilmington Trust, N.A. Counsel | | | | | | |
| U.S. Bank, N.A. | | 425 Walnut St. | | Cincinnati | OH | 45202 |
| U.S. Bank, N.A. | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| U.S. Bank, N.A. Counsel | | | | | | |
| Natixis Real Estate Capital, LLC | The Corporation Trust Co. | Corporation Trust Center 1209 Orange ST. | | Wilmington | DE | 19801 |
| Natixis Real Estate Capital, LLC | Roni Kotel, VP | 1251 Avenue of the Americas | | New York | NY | 10020 |
| Natixis Real Estate Capital, LLC | Michael Magner, Managing Director | 1251 Avenue of the Americas | | New York | NY | 10020 |
| Natixis Real Estate Capital, LLC Counsel | | | | | | |
| People's United Bank, N.A. | | 850 Main St. | | Bridgeport | CT | 06604 |
| People's United Bank | Marjan Murray | 350 Bedford St. | | Stamford | CT | 06901-1741 |
| People's United Bank Counsel | | | | | | |
| Webster Bank, N.A. | Headquarters | Webster Plaza | | Watebury | CT | 06702 |
| Webster Bank, N.A. | James Lane | 2 Stamford Plaza 281 Tresser Blvd 4th Floor | | Stamford | CT | 06901 |
| Webster Bank, N.A. Counsel | | | | | | |
| CT Housing Finance Authority Mortgage | | 999 West St. | | Rocky Hill | CT | 06067 |
| CT Housing Finance Authority Mortgage | | 999 West St. | | Rocky Hill | CT | 06067 |
| CT Housing Finance Authority Mortgage Counsel | John K. Craford, President | 999 West St. | | Rocky Hill | CT | 00607 |
| RTA International, Inc. | Business Address | 189 Bedford St. | | Stamford | CT | 06901 |

| | | | | | | |
|---|---|---|---|---|---|---|
| RTA International, Inc. | Robert A. Musumeci | 189 Bedford St. | | Stamford | CT | 06901 |
| RTA International, Inc. Counsel | | | | | | |
| First Niagara Bank, N.A. | Commerical Loan Servicing | 726 Exchange St., Suite 900 | | Buffalo | NY | 14210 |
| First Niagara Bank, N.A. | | 726 Exchange St., Suite 900 | | Buffalo | NY | 14210 |
| First Niagara Bank, N.A. Counsel | | | | | | |
| Patriot National Bank | | 900 Bedford. St. | | Stamford | CT | 06901 |
| Patriot National Bank | David Ritacco, Vice President | 1177 Summer Street | | Stamford | CT | 06905 |
| Patriot National Bank Counsel | | | | | | |
| Berkowitz, Trager and Trager, LLC | | 8 Wright Street | | Westport | CT | 06880 |
| Sunrock Holdings, LLC | Arthur Selkowitz | 262 Ocean Drive East | | Stamford | CT | 06902 |
| Sunrock Holdings, LLC Counsel | Gregory A. Saum Law Office of Gregory A. Saum | Holly Pond Plaza 1281 East Main Street, Suite 103 | | Stamford | CT | 00002 |
| Fuller Development, LLC | | | | | | |