**Fill in this information to identify the case:**

Debtor name <u>Newbury Common Associates, LLC et al.</u>
United States Bankruptcy Court for the District of Delaware
Case number *(if known)*: 15-12507 (LSS)   Jointly Administered

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Anchin, Block and Anchin, LLP | 1375 Broadway<br>New York, NY 10018<br>Phone: (212) 840-3456 | Professional Services | | | | $47,915.00 |
| 2 | Redniss & Mead | Attn: Shelia Sweet<br>22 First St.<br>Stamford, CT 06905<br>Phone: (203) 327-0500<br>Email: s.sweet@rednissmead.com | Professional Services | | | | $4,847.35 |
| 3 | SPAGS dba Lionheart Maintenance | Attn: Leslie Alvarado<br>150 Morris Ave., Suite 201<br>Springfield, NJ 07081<br>Phone: (973) 218-6443<br>Email: leslie@lhmus.com | Trade Debt | | | | $3,073.00 |
| 4 | Driver's Unlimited | Attn: Randy Klein<br>9 Mott Ave, Suite 306<br>Norwalk, CT 06850<br>Phone: (203) 656-8400<br>Email: rkelin@driversunlimited.com | Trade Debt | | | | $1,831.00 |
| 5 | Karp's Hardware | Attn: Marc<br>486 Hope St.<br>Stamford, CT 06906<br>Phone: (203) 327-0460<br>Email: marc@karpshardware.com | Trade Debt | | | | $1,608.44 |

---

[1] The information set forth on the consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (the "**Top 20 List**") is based upon currently available information. The Top 20 List does not include purportedly secured mezzanine debt of the Debtors, claims of the Debtors' affiliates, or claims of companies controlled by John J. DiMenna, Jr. (collectively, the "**Excluded Claims**"). The Debtors are continuing to review their assets, liabilities and ownership interests and reserve the right to amend or modify the Top 20 List at any time, including to reflect that any of the claims on the Top 20 List are contingent, unliquidated, or disputed. The Debtors also reserve its rights with respect to the Excluded Claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Mickel's Landscape | Attn: Steve Mickels<br>29 Lake Drive<br>Darien, CT 06820<br>Phone: (203)327-0500<br>Email: mickelslandscape@gmail.com | Trade Debt | | | | $877.39 |
| 7 | City Carting | Attn: Rich Lupinacci<br>8 Viaduct Rd.<br>Stamford, CT 06907<br>Phone: (203) 353-3753<br>Email: RTLup@citycart.net | Trade Debt | | | | $696.17 |
| 8 | Diserio Martin O'Connor Castiglioni | One Atlantic Street<br>8th Floor<br>Stamford, CT 06901<br>Phone: (203) 358-0800 | Professional Services | | | | $450.00 |

Debtor Name <u>Newbury Common Associates, LLC, et al.</u>

United States Bankruptcy Court for the: _____ District of <u>Delaware</u>

Case Number (if known) 15-12507 (LSS)    Jointly Administered

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.[1]

Executed on    12/22/2015
              MM / DD / YYYY

**X** /s/ Marc Beilinson                          Marc Beilinson
Signature of authorized representative of debtor  Printed name

Title    Chief Restructuring Officer

---

[1] For the reasons set forth in my declaration in Support of the Chapter 11 Petitions, the information set forth on the consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (the "**Top 20 List**") is based upon currently available information. The Debtors are continuing to review their assets, liabilities and ownership interests and reserve the right to amend or modify the Top 20 List at any time.

21819131