## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NEWBURY COMMON ) | Case No. 15 - 12507 (LSS) |
| ASSOCIATES, LLC, et al., ) | |
| ) | Jointly Administered |
| Debtors.[1] ) | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF KINGS      )

I, Robert Rotman, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Newbury Common Associates, LLC (3783); Seaboard Realty, LLC (6291); 600 Summer Street Stamford Associates, LLC (6739); Seaboard Hotel Member Associates, LLC (8984); Seaboard Hotel LTS Member Associates, LLC (6005); Park Square West Member Associates, LLC (9223); Seaboard Residential, LLC (2990); One Atlantic Member Associates, LLC (4120); 88 Hamilton Avenue Member Associates, LLC (5539); 316 Courtland Avenue Associates, LLC (0290); 300 Main Management, Inc. (6365); 300 Main Street Member Associates, LLC (2334); PSWMA I, LLC (6291); PSWMA II, LLC (6291); Tag Forest, LLC (8974); Newbury Common Member Associates, LLC (3909); Century Plaza Investor Associates, LLC (1480); Seaboard Hotel Associates, LLC (2281); Seaboard Hotel LTS Associates, LLC (8811); Park Square West Associates, LLC (9781); Clocktower Close Associates, LLC (3154); One Atlantic Investor Associates, LLC (7075); 88 Hamilton Avenue Associates, LLC (5749); 220 Elm Street I, LLC (7540); 300 Main Street Associates, LLC (8501); and 220 Elm Street II, LLC (7625). The Debtors' corporate headquarters is located at, and the mailing address for each Debtor is, 1 Atlantic Street, Stamford, CT 06901.

NCA000101

3. On the 1st day of July, 2016, I caused a true and accurate copy of the "Order (I) Authorizing and Approving Purchase and Sale Agreement with Annemid, LLC and Seaboard Hotel Associates, LLC; and (II) Authorizing and Approving the Sale of Assets Free and Clear of All Encumbrances Other Than Those Permitted by the Purchase and Sale Agreement; (III) Authorizing and Approving the Assumption and Assignment of the Assigned Contracts in Connection Therewith, and (IV) Granting Related Relief", along with the relevant exhibits (Docket No. 915), to be served via Federal Express Priority Overnight delivery upon the parties as set forth in Exhibit 1; via USPS Express Mail Overnight upon the parties as set forth in Exhibit 2; and via First Class US Mail upon the parties as set forth in Exhibit 3; attached hereto.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 1st day of July, 2016 at Brooklyn, New York.

By _____
Robert Rotman

Sworn before me this
1st day of July, 2016

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
COMM. EXP. September 14, 2017

NCA000101

**EXHIBIT 1**

# Newbury Common Associates, LLC, et al.
# Federal Express
# Exhibit Pages

Page # : 1 of 2                                                                                                              07/01/2016 04:18:25 PM

| | | | |
|---|---|---|---|
| 001239P001-1337A-101<br>AT&T<br>6851 JERICHO TPKE<br>STE 260<br>SYOSSET NY 11791 | 001240P001-1337A-101<br>AT&T<br>3033 CHAIN BRIDGE RD<br>OAKTON VA 22124 | 001241P001-1337A-101<br>CBS - CONNECTICUT BUSINESS SYSTEMS LLC<br>100 GREAT MEADOW RD 3RD FL<br>WETHERSFIELD CT 06109 | 001215S001-1337A-101<br>CITY CARTING AND RECYCLING INC<br>61 TAYLOR REED PLACE<br>STAMFORD CT 06906 |
| 000128P001-1337A-101<br>CRANMORE FITZGERALD AND MEANEY<br>49 WETHERSFIELD AVE<br>HARTFORD CT 06114 | 001231P002-1337A-101<br>DCI DESIGN COMMUNICATIONS INC<br>1003 JERICHO TPKE<br>NEW HYDE PARK NY 11040 | 000520P001-1337A-101<br>ECOLAB PEST ELIMINATION DIV<br>26252 NETWORK PL<br>CHICAGO IL 60673-1262 | 000524P001-1337A-101<br>ESC<br>18 JANSEN CT<br>WEST HARTFORD CT 06110 |
| 001129P001-1337A-101<br>ESC<br>18 JANSEN CT<br>W HARTFORD CT 06110 | 000526P001-1337A-101<br>FAIRFIELD COUNTY SPRINKLER CO INC<br>52 SHERIDAN ST<br>STRATFORD CT 06615 | 001131P001-1337A-101<br>FOUR WINDS INTERACTIVE LLC<br>DEPT CH 19997<br>PALATINE IL 60055-9997 | 001131S001-1337A-101<br>FOUR WINDS INTERACTIVE LLC<br>1859 YORK ST<br>DENVER CO 80206 |
| 001217P002-1337A-101<br>GDF SUEZ ENERGY RESOURCES NA INC<br>RANDY A JOHNSON<br>1990 POST OAK BLVD STE 1900<br>HOUSTON TX 77056-4499 | 000536P001-1337A-101<br>GREEN HOTELS GLOBAL<br>119 SPADINA AVE STE 304<br>TORONTO ON M5V 2L1<br>CANADA | 001128P002-1337A-101<br>GREEN RIDE GLOBAL INC<br>COB GREEN HOTELS GLOBAL<br>119 SPADINA AVE STE 304<br>TORONTO ON M5V 2L1<br>CANADA | 000539P002-1337A-101<br>H O PENN MACHINERY CO INC<br>122 NOXON RD<br>POUGHEEPSIE NY 12603-2940 |
| 000539S001-1337A-101<br>H O PENN MACHINERY CO INC<br>225 RICHARD ST<br>NEWINGTON CT 06111 | 001242P001-1337A-101<br>IBM CREDIT LLC<br>N CASTLE DR<br>ARMONK NY 10504 | 000268P001-1337A-101<br>MARRIOTT INTERNATIONAL INC<br>CORPORATE OFFICE HEADQUARTERS<br>MARRIOTT DR<br>WASHINGTON DC 20058 | 001135P001-1337A-101<br>MARRIOTT INTERNATIONAL, INC<br>10400 FERNWOOD RD<br>BETHESDA MD 20817 |
| 001238P001-1337A-101<br>MUZAK LLC D/B/A MOOD MEDIA<br>1703 WEST FIFTH ST 6TH FLOOR<br>AUSTIN TX 78703 | 001243P001-1337A-101<br>NALCO AN ECOLAB CO<br>1601 W DIEHL RD<br>NAPERVILLE IL 60563-1198 | 001244P001-1337A-101<br>ONITY INC<br>2232 NORTHMONT PKWY STE 100<br>DULUTH GA 30096 | 001245P001-1337A-101<br>ONITY INC<br>4001 FAIRVIEW INDUSTRIAL DR SE<br>SALEM OR 97302 |
| 001216P001-1337A-101<br>OTIS ELEVATOR COMPANY<br>1 ENTREPRISE DR STE 205<br>SHELTON CT 06484 | 001229P001-1337A-101<br>PEPE MOTORS CORP<br>50 BANK ST<br>WHITE PLAINS NY 10606-1903 | 000332P001-1337A-101<br>PROPARK INC<br>BLAKE GULINO<br>301 ELM ST<br>STAMFORD CT 06901 | 000827P001-1337A-101<br>PROPARK INC<br>DAVID K SCHMID<br>ONE UNION PL<br>HARTFORD CT 06103 |

# Newbury Common Associates, LLC, et al.
# Federal Express
# Exhibit Pages

Page # : 2 of 2                                                                                                                              07/01/2016  04:18:26 PM

| | | | |
|---|---|---|---|
| 000579P001-1337A-101<br>PROSOLUTIONS<br>707 E CERVANTES ST STE B #126<br>PENSACOLA FL 32501 | 000583P001-1337A-101<br>RED HAWK FIRE AND SECURITY<br>55 ROBINSON BLVD<br>ORANGE CT 06477 | 000855P001-1337A-101<br>RELATIVE GOURMET LLC<br>83 FRIAR TUCK LN<br>STAMFORD CT 06907 | 001235P001-1337A-101<br>RELATIVE GOURMET LLC<br>ONE ATLANTIC ST<br>STAMFORD CT 06901 |
| 000593P002-1337A-101<br>SONIFI SOLUTIONS INC<br>ISOLDE E KONDERT<br>3900 W INNOVATION ST<br>SIOUX FALLS SD 57107 | 000602S001-1337A-101<br>STUART DEAN CO INC<br>43-40 10TH ST<br>LONG ISLAND CITY NY 11101 | 001137P001-1337A-101<br>SUMMER HOTEL PARTNERS LLC<br>F D RICH CO INC<br>222 SUMMER ST 2ND FL<br>STAMFORD CT 06901 | 001138P001-1337A-101<br>TOLARI LLC<br>F D RICH CO INC<br>222 SUMMER ST 2ND FL<br>STAMFORD CT 06901 |
| 000611P001-1337A-101<br>TOWN SPORTS INTERNATIONAL<br>399 EXECUTIVE BLVD<br>ELMSFORD NY 10523 | 001237P001-1337A-101<br>TOWN SPORTS INTERNATIONAL<br>5 PENN PLZ<br>4TH FLOOR<br>NEW YORK NY 10001 | 001146P001-1337A-101<br>TR SUMMER LLC<br>F D RICH CO<br>ONE LANDMARK SQUARE<br>STAMFORD CT 06901 | 001147P001-1337A-101<br>TR SUMMER LLC<br>SHIPMAN AND GOODWIN LLP<br>DONALD R GUSTAFSON ESQ<br>1 LANDMARK SQUARE<br>STAMFORD CT 06901 |
| 001227P001-1337A-101<br>TR SUMMER LLC<br>MANAGING MEMBER<br>ONE LANDMARK SQ<br>STAMFORD CT 06901 | 000424P001-1337A-101<br>URGO HOTELS LP<br>4707 ELM ST SECOND FL<br>BETHESDA MD 20814 | 000620P001-1337A-101<br>URGO HOTELS LP<br>6710A ROCKLEDGER DR STE 420<br>BETHESDA MD 20817 | 001247P001-1337A-101<br>XEROX FINANCIAL SVCS LLC<br>45 GLOVER AVE<br>NORWALK CT 06856 |

Records Printed :        44

**EXHIBIT 2**

**Newbury Common Associates, LLC, et al.**
**USPS Express Mail**
**Exhibit Page**

Page # : 1 of 1  
07/01/2016 04:20:52 PM

| | | | |
|---|---|---|---|
| 001215P001-1337A-101<br>CITY CARTING AND RECYCLING INC<br>P O BOX 17250<br>STAMFORD CT 06970- | 001134P001-1337A-101<br>CLEAN THE WORLD<br>PO BOX 533838<br>ORLANDO FL 32853- | 000519P001-1337A-101<br>ECOLAB<br>PO BOX 32027<br>NEW YORK NY 10087 | 000568P001-1337A-101<br>ONITY INC<br>LOCKBOX 223067<br>PITTSBURGH PA 15251 |
| 000569P001-1337A-101<br>ORACLE AMERICA INC<br>PO BOX 44471<br>SAN FRANCISCO CA 94144 | 001246P001-1337A-101<br>ORACLE AMERICA INC<br>PO BOX 203448<br>DALLAS TX 75320 | 001219P001-1337A-101<br>ORACLE MICROS SYSTEMS<br>PO BOX 44471<br>SAN FRANCISCO CA 94144 | 000573P001-1337A-101<br>PITNEY BOWES GLOBAL FINANCIAL SVCS<br>PO BOX 856460<br>LOUISVILLE KY 40285 |
| 000333P001-1337A-101<br>PROPARK INC<br>PO BOX 912<br>STAMFORD CT 06901- | 000602P001-1337A-101<br>STUART DEAN CO INC<br>PO BOX 10369<br>NEWARK NJ 07193 | 000628P001-1337A-101<br>XEROX FINANCIAL SVCS<br>PO BOX 202882<br>DALLAS TX 75320 | 000629P001-1337A-101<br>XETA TECHNOLOGIES<br>PO BOX 843006<br>KANSAS CITY MO 64184 |

Records Printed :        12

**EXHIBIT 3**

# Newbury Common Associates, LLC, et al.
## Exhibit Pages

Page # : 1 of 4                                                                                                                         07/01/2016  03:36:40 PM

| | | | |
|---|---|---|---|
| 000104P001-1337S-101<br>A PAPPAJOHN COMPANY<br>ROBINSON & COLE LLP PATRICK BIRNEY<br>280 TRUMBULL ST<br>HARTFORD CT 06103 | 000110P001-1337S-101<br>A PAPPAJOHN COMPANY<br>MONTGOMERY MCCRACKEN N D RAMSEY<br>1105 N MARKET ST 15TH FL<br>WILMINGTON DE 19801-1216 | 000096P001-1337S-101<br>AMERICAN FURNITURE RENTAL<br>PO BOX 821014<br>PHILADELPHIA PA 19182 | 000114P001-1337S-101<br>AMERICARES FOUNDATION INC<br>COOCH AND TAYLOR PA R G DICK IV<br>THE BRANDYWINE BUILDING<br>1000 W ST 10TH FL<br>WILMINGTON DE 19801 |
| 000039P001-1337S-101<br>ARROWHEAD TRUST FBO CHRISTOPHER O CONNOR<br>KELLEY DRYE ET AL G SAYDAH JR<br>101 PARK AVE<br>NEW YORK NY 10178 | 000109P001-1337S-101<br>ASCENSION CAPITAL GROUP<br>BMW BANK OF NORTH AMERICA DEPT<br>ACCOUNT XXXXX6160<br>PO BOX 201347<br>ARLINGTON TX 76006 | 000089P001-1337S-101<br>ASD CONSTRUCTION LLC<br>WILFREDO AYALA<br>150 AVON ST<br>STRATFORD CT 06615 | 000111P002-1337S-101<br>BAKER CONCRETE CONST; WWE<br>K AND L GATES LLP LAUREN GARRAUX<br>600 N KING ST STE 901<br>WILMINGTON DE 19801 |
| 000076P001-1337S-101<br>BERKOWITZ TRAGER AND TRAGER LLC<br>8 WRIGHT ST 2ND FL<br>WESTPORT CT 06880 | 000037P001-1337S-101<br>CALLAGY JOHN M<br>KELLEY DRYE ET AL G SAYDAH JR<br>101 PARK AVE<br>NEW YORK NY 10178 | 000102P001-1337S-101<br>CARMODY TORRANCE SANDAK HENNESSEY<br>707 SUMMER ST #300<br>STAMFORD CT 06901 | 000091P001-1337S-101<br>CARPET CITY<br>DAVE MONTANI<br>1555 BLACK ROCK TPKE<br>FAIRFIELD CT 06825 |
| 000079P001-1337S-101<br>CBRE INC<br>MARGARET RAFF<br>200 PARK AVE 17TH FL<br>NEW YORK NY 10166 | 000021P001-1337S-101<br>CEDAR HILL CAPITAL LLC<br>ASHBY AND GEDDES PA W BOWDEN<br>500 DELAWARE AVE<br>WILMINGTON DE 19801 | 000022P001-1337S-101<br>CEDAR HILL CAPITAL LLC<br>GOLDMAN GRUDER ET AL J RIBAS<br>105 TECHNOLOGY DR<br>TRUMBULL CT 06611 | 000023P001-1337S-101<br>CITIZENS BANK NA<br>SEYFARTH SHAW LLP E FOX<br>620 8TH AVE<br>NEW YORK NY 10018 |
| 000024P001-1337S-101<br>CITIZENS BANK NA<br>SEYFARTH SHAW LLP W HANLON<br>2 SEAPORT LN WORLD TRADE CENTER EAST STE 300<br>BOSTON MA 02210 | 000095P001-1337S-101<br>CITY CARTING AND RECYCLING<br>RICH LUPINACCI<br>8 VIADUCT RD<br>STAMFORD CT 06907 | 000083P001-1337S-101<br>CITY OF STAMFORD<br>PO BOX 50<br>STAMFORD CT 06904 | 000025P001-1337S-101<br>CONNECTICUT HOUSING FINANCE AUTHORITY<br>LANDIS RATH ET AL K BROWN<br>919 MARKET ST STE 1800<br>WILMINGTON DE 19801 |
| 000026P001-1337S-101<br>CONNECTICUT HOUSING FINANCE AUTHORITY<br>DAY PITNEY LLP M GINZBURG<br>242 TRUMBULL ST<br>HARTFORD CT 06103 | 000097P001-1337S-101<br>CONNECTICUT MATERIALS TESTING LAB INC<br>7 LEXINGTON AVE<br>SOUTH NORWALK CT 06854 | 000027P001-1337S-101<br>CPR MONEY LLC<br>HOGAN MCDANIEL G MCDANIEL<br>1311 DELAWARE AVE<br>WILMINGTON DE 19806 | 000028P002-1337S-101<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH FRAMPTON BANKR ADMIN<br>820 N FRENCH ST 8TH FL<br>CARVEL STATE OFFICE BLDG<br>WILMINGTON DE 19801 |
| 000029P001-1337S-101<br>DELAWARE STATE TREASURY<br>820 SILVER LAKE BLVD STE 100<br>DOVER DE 19901 | 000080P001-1337S-101<br>DISERIO MARTIN O CONNOR AND CASTIGLIONI LLP<br>WILLIAM DURKIN<br>ONE ATLANTIC ST<br>STAMFORD CT 06902 | 000082P001-1337S-101<br>DRIVERS UNLIMITED INC<br>RANDY KLEIN<br>9 MOTT AVE STE 306<br>NORWALK CT 06850 | 000105P001-1337S-101<br>ENVIRONMENTAL CONTROL INC<br>ROSNER LAW GROUP - F ROSNER<br>824 MARKET ST, SUITE 810<br>WILMINGTON DE 19801 |

# Newbury Common Associates, LLC, et al.
## Exhibit Pages

Page # : 2 of 4                                                                                                         07/01/2016 03:36:40 PM

| | | | |
|---|---|---|---|
| 000106P001-1337S-101<br>ENVIRONMENTAL CONTROL INC<br>PULLMAN AND COMLEY - IRVE GOLDMAN<br>850 MAIN ST, P.O. BOX 7006<br>BRIDGEPORT CT 06601-7006 | 000030P002-1337S-101<br>FIRST COUNTY BANK<br>MORRIS JAMES LLP CARL KUNZ III<br>500 DELAWARE AVE STE 1500<br>WILMINGTON DE 19801 | 000031P001-1337S-101<br>FRANCHISE TAX BOARD<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST PO BOX 898<br>DOVER DE 19903 | 000032P001-1337S-101<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| 000069P001-1337S-101<br>FRANK WILLIAM P<br>SKADDEN ARPS ET AL M BYRNES<br>PO BOX 636 ONE RODNEY SQUARE<br>WILMINGTON DE 19801 | 000043P001-1337S-101<br>FULLER SAMUEL B<br>COHEN SEGLIAS ET AL J HARKER<br>1007 NORTH ORANGE ST NEMOURS BLDG STE 1130<br>WILMINGTON DE 19801 | 000045P001-1337S-101<br>FULLER SAMUEL B<br>COHN BIRNBAUM AND SHEA S ROSEN<br>100 PEARL ST 12TH FL<br>HARTFORD CT 06103 | 000094P001-1337S-101<br>GREAT NORTHERN ELEVATOR CO LLC<br>PHILIP JOHNSTON<br>1584 CHAMBERLAIN HWY<br>KENSINGTON CT 06037 |
| 000100P001-1337S-101<br>GROSSO CUSTOM BUILDERS<br>WILFREDO AYALA<br>86 SHERIDAN ST<br>STRATFORD CT 06115 | 000092P001-1337S-101<br>HELLER AND JOHNSEN<br>35 NUTMEG DR STE 325<br>TRUMBULL CT 06611 | 000078P001-1337S-101<br>IMCS LLC<br>44 COLEYTOWN RD<br>WESTPORT CT 06880 | 000033P001-1337S-101<br>IRS<br>INSOLVENCY SECTION<br>2970 MARKET ST PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| 000034P001-1337S-101<br>IRS<br>2970 MARKET ST MAIL STOP 5 Q3 0133<br>PHILADELPHIA PA 19104-5016 | 000035P001-1337S-101<br>ISRAEL DISCOUNT BANK OF NEW YORK<br>MARGOLIS EDELSTEIN J HUGGETT<br>300 DELAWARE AVE STE 800<br>WILMINGTON DE 19801 | 000036P001-1337S-101<br>ISRAEL DISCOUNT BANK OF NEW YORK<br>PRYOR CASHMAN LLP R BEACHER<br>7 TIMES SQUARE<br>NEW YORK NY 10036-6569 | 000081P001-1337S-101<br>JONATHAN NEHMER ASSOC INC<br>7361 CALHOUN PL STE 310<br>ROCKVILLE MD 20855 |
| 000087P001-1337S-101<br>KARPS TRUE VALUE HARDWARE<br>MARC<br>485 HOPE ST<br>STAMFORD CT 06906 | 000085P001-1337S-101<br>KENCAL MAINTENANCE CORP<br>MARY CINTRON<br>399 KNOLLWOOD RD<br>WHITE PLAINS NY 10603 | 000101P001-1337S-101<br>KM COMMUNICATIONS SVCS<br>THOMAS KELLY<br>1 DOCK ST STE 106<br>STAMFORD CT 06902 | 000086P001-1337S-101<br>KRAVET REALTY LLC<br>JEFF KRAVET<br>180 BROAD ST<br>STAMFORD CT 06901 |
| 000107P001-1337S-101<br>MARRIOTT INTERNATIONAL, INC.<br>SHEPPARD MULLIN ET AL C SHULMAN<br>30 ROCKEFELLER PLAZA 39TH FL<br>NEW YORK NY 10112 | 000051P001-1337S-101<br>MCALLISTER ROSEMARY<br>CIARDI CIARDI ET AL J MCMAHON JR<br>1204 N KING ST<br>WILMINGTON DE 19801 | 000052P001-1337S-101<br>MCALLISTER ROSEMARY<br>SIMMS SHOWERS LLP C BRYANT<br>201 INTERNATIONAL CIR<br>BALTIMORE MD 21030 | 000042P001-1337S-101<br>MCK 15 LLC<br>COHEN SEGLIAS ET AL J HARKER<br>1007 NORTH ORANGE ST NEMOURS BLDG STE 1130<br>WILMINGTON DE 19801 |
| 000044P001-1337S-101<br>MCK 15 LLC<br>COHN BIRNBAUM AND SHEA S ROSEN<br>100 PEARL ST 12TH FL<br>HARTFORD CT 06103 | 000046P001-1337S-101<br>MICHIGAN DEPT OF TREASURY TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST 2ND FL AUSTIN BLDG<br>LANSING MI 48922 | 000090P001-1337S-101<br>MY SLIDELINES LLC<br>SCOTT GOLDSTEIN<br>1318 KOSSUTH ST<br>BRIDGEPORT CT 06608 | 000038P001-1337S-101<br>O CONNOR THOMAS E<br>KELLEY DRYE ET AL G SAYDAH JR<br>101 PARK AVE<br>NEW YORK NY 10178 |

| | | | |
|---|---|---|---|
| 000047P001-1337S-101<br>OFFICE OF THE UNITED STATES TRUSTEE<br>DAVID GERARDI<br>844 KING ST STE 2207 LOCKBOX 35<br>WILMINGTON DE 19801 | 000093P001-1337S-101<br>ONE SOLUTION SERVICES LLC<br>PAUL SPAGNOLETTI<br>626 SURF AVE<br>STRATFORD CT 06615 | 000108P001-1337S-101<br>PARK SQUARE WEST I LP<br>UPDIKE KELLY ET AL P N GILMORE<br>100 PEARL ST 17TH FL<br>PO BOX 231277<br>HARTFORD CT 06123-1277 | 000048P002-1337S-101<br>PATRIOT BANK NA<br>GELLERT SCALI ET AL M BUSENKELL<br>1201 N ORANGE ST STE 300<br>WILMINTON DE 19801 |
| 000099P001-1337S-101<br>PELLICCIONE AND ASSOC LLC<br>JOE PELLICCIONE<br>4 LANDMARK SQUARE<br>STAMFORD CT 06901 | 000050P001-1337S-101<br>PEOPLES UNITED BANK NA<br>NEUBERT PEPE AND MONTEITH<br>195 CHURCH STR<br>NEW HAVEN CT 06510 | 000103P003-1337S-101<br>PEOPLES UNITED BANK NA<br>KLEHR HARRISON ET AL R LEMISCH<br>919 MARKET ST STE 1000<br>WILMINGTON DE 19801 | 000077P001-1337S-101<br>PROPARK INC<br>BLAKE GULINO<br>301 ELM ST<br>STAMFORD CT 06901 |
| 000088P001-1337S-101<br>REDNISS AND MEAD INC<br>SHELIA SWEET<br>22 FIRST ST<br>STAMFORD CT 06905 | 000053P001-1337S-101<br>SEC<br>SECURITIES AND EXCHANGE COMM<br>100 F ST NE<br>WASHINGTON DC 20549 | 000054P001-1337S-101<br>SEC NEW YORK<br>SECURITIES AND EXCHANGE COMM<br>200 VESEY ST BROOKFIELD PL STE 400<br>NEW YORK NY 10281-1022 | 000098P003-1337S-101<br>SKY VIEW BUILDERS LLC<br>PAUL GUDAS<br>180 BEDFORD ST 2ND FL<br>STAMFORD CT 06901 |
| 000055P001-1337S-101<br>SOCIAL SECURITY ADMINISTRATION<br>OFC OF THE GEN COUNSEL REG 3<br>300 SPRING GARDEN ST<br>PHILADELPHIA PA 19123 | 000074P001-1337S-101<br>SPAGS NE LLC DBA LIONHEART MAINTENANCE<br>LESLIE ALVARADO<br>150 MORRIS AVE STE 201<br>SPRINGFIELD NJ 07081 | 000073P002-1337S-101<br>SSC INC<br>25 CONTROLS DRIVE<br>SHELTON CT 06484 | 000084P001-1337S-101<br>STAMFORD WPCA<br>PO BOX 1200<br>HARTFORD CT 06143 |
| 000116P001-1337S-101<br>STATE OF CT DEPT OF REVENUE SRVS<br>DENISE MONDELL ASST ATTY GEN<br>55 ELM ST<br>PO BOX 120<br>HARTFORD CT 06141-0120 | 000056P001-1337S-101<br>SUNROCK HOLDINGS LLC<br>WOFSEY ROSEN ET AL D YOUNG<br>600 SUMMER ST 7TH FL<br>STAMFORD CT 06901 | 000112P001-1337S-101<br>SUNROCK HOLDINGS LLC<br>SULLIVAN HAZELTINE ET AL W SULLIVAN<br>901 N MARKET ST STE 1300<br>WILMINGTON DE 19801 | 000057P001-1337S-101<br>THOMAS KELLY<br>MALONE LAW PLLC D MALONE<br>1700 BROADWAY 41ST FL<br>NEW YORK NY 10019 |
| 000058P001-1337S-101<br>THOMAS KELLY<br>CROSS AND SIMON LLC<br>1105 NORTH MARKET ST STE 901<br>WILMINGTON DE 19801 | 000075P001-1337S-101<br>TRI-STAR SERVICES INC<br>ADAM BARBIERI<br>39 KENOSIA AVE<br>DANBURY CT 06810 | 000060P001-1337S-101<br>UC FUNDING LLC<br>BROGNA LAW D BROGNA<br>57 HICKORY LN<br>BOXFORD MA 01921 | 000062P001-1337S-101<br>UC FUNDING LLC<br>COLE SCHOTZ PC D HURST<br>1325 AVENUE OF THE AMERICAS 19TH FL<br>NEW YORK NY 10022 |
| 000063P001-1337S-101<br>UCF I TRUST 1 LLC<br>COLE SCHOTZ PC D HURST<br>500 DELAWARE AVE 14TH FL<br>WILMINGTON DE 19801 | 000065P001-1337S-101<br>UNITED STATES OF AMERICA<br>US ATTORNEYS OFFICE<br>1007 ORANGE ST STE 700 PO BOX 2046<br>WILMINGTON DE 19899-2046 | 000040P003-1337S-101<br>US BANK NATIONAL ASSOCIATION<br>MCCARTER AND ENGLISH LLP J LUBERTAZZI<br>100 MULBERRY ST FOUR GATEWAY CTR<br>NEWARK NJ 07102 | 000041P002-1337S-101<br>US BANK NATIONAL ASSOCIATION<br>MCCARTER AND ENGLISH LLP K BUCK<br>405 N KING ST 8TH FL<br>WILMINGTON DE 19801 |

# Newbury Common Associates, LLC, et al.
## Exhibit Pages

Page # : 4 of 4                                                                                                           07/01/2016 03:36:40 PM

| | | | |
|---|---|---|---|
| 000059P001-1337S-101<br>US DEPT OF JUSTICE<br>UNITED STATES ATTORNEY GENERAL<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON D.C. 20530 | 000066P001-1337S-101<br>US EPA REG 3 OFFICE OF REG COUNSEL<br>BETTINA DUNN PARALEGAL SPECIALIST<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 | 000067P001-1337S-101<br>WEBSTER BANK NA<br>SHIPMAN AND GOODWIN LLP K LAMANNA<br>ONE CONSTITUTION PLZ<br>HARTFORD CT 06103-1919 | 000068P001-1337S-101<br>WEBSTER BANK NA<br>WOMBLE CARLYLE ET AL M PATTERSON<br>222 DELAWARE AVE STE 1501<br>WILMINGTON DE 19801 |
| 000070P001-1337S-101<br>WILLIAM MERRITT<br>BLANK ROME LLP V GUILFOYLE<br>1201 NORTH MARKET ST STE 800<br>WILMINGTON DE 19801 | 000071P001-1337S-101<br>WILLIAM MERRITT<br>BLANK ROME LLP R ANTONOFF<br>405 LEXINGTON AVE<br>NEW YORK NY 10174 | 000115P001-1337S-101<br>WORLD WRESTLING ENT INC<br>K AND L GATES LLP JOHN BICKS<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 | |

Records Printed :                    91