IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>NEWBURY COMMON ASSOCIATES, LLC, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 15 - 12507 (LSS)<br><br>Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF KINGS      )

I, Sung Kim, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Newbury Common Associates, LLC (3783); Seaboard Realty, LLC (6291); 600 Summer Street Stamford Associates, LLC (6739); Seaboard Hotel Member Associates, LLC (8984); Seaboard Hotel LTS Member Associates, LLC (6005); Park Square West Member Associates, LLC (9223); Seaboard Residential, LLC (2990); One Atlantic Member Associates, LLC (4120); 88 Hamilton Avenue Member Associates, LLC (5539); 316 Courtland Avenue Associates, LLC (0290); 300 Main Management, Inc. (6365); 300 Main Street Member Associates, LLC (2334); PSWMA I, LLC (6291); PSWMA II, LLC (6291); Tag Forest, LLC (8974); Newbury Common Member Associates, LLC (3909); Century Plaza Investor Associates, LLC (1480); Seaboard Hotel Associates, LLC (2281); Seaboard Hotel LTS Associates, LLC (8811); Park Square West Associates, LLC (9781); Clocktower Close Associates, LLC (3154); One Atlantic Investor Associates, LLC (7075); 88 Hamilton Avenue Associates, LLC (5749); 220 Elm Street I, LLC (7540); 300 Main Street Associates, LLC (8501); and 220 Elm Street II, LLC (7625). The Debtors' corporate headquarters is located at, and the mailing address for each Debtor is, 1 Atlantic Street, Stamford, CT 06901.

3. On the 30th day of June, 2016, I caused a true and accurate copy of the "Second Notice of Successful Bids in Connection with Sale of Substantially All of the Debtors' Assets", along with the relevant exhibits (Docket No. 912), to be served via Federal Express Priority Overnight delivery upon the parties as set forth in Exhibit 1; via USPS Express Mail Overnight upon the parties as set forth in Exhibit 2; and via First Class US Mail upon the parties as set forth in Exhibit 3; attached hereto.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 1st day of July, 2016 at Brooklyn, New York.

By _____
Sung Kim

Sworn before me this
1st day of July, 2016

_____
Notary Public

Jungwoo Song
Notary Public, State of New York
No. 02SO6231374
Qualified in Kings County
Commission Expires: Nov. 22, 2018

NCA000097

**EXHIBIT 1**

# Newbury Common Associates, LLC, et al.
# Federal Express
# Exhibit Pages

Page # : 1 of 5　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　06/29/2016 06:30:03 PM

| | | | |
|---|---|---|---|
| 000844P001-1337A-097<br>BANK OF AMERICA<br>CTATLS100<br>NC1 023 03 03<br>525 N TRYON ST<br>CHARLOTTE NC 28255 | 000845P001-1337A-097<br>BANK OF AMERICA NA<br>A NATIONAL BANKING ASSOCIATION<br>NC2 150 03 06<br>13850 BALLANTYNE CORPORATE PL<br>CHARLOTTE NC 28277 | 000806P001-1337A-097<br>BNKE SOLUTIONS<br>263 TRESSER BLVD 9TH FL<br>STAMFORD CT 06901 | 000889P001-1337A-097<br>COURTSIDE LLC<br>100 PROSPECT ST #Z101<br>STAMFORD CT 06901 |
| 000890P001-1337A-097<br>COURTSIDE LLC<br>100 PROSPECT ST #Z102<br>STAMFORD CT 06901 | 000891P001-1337A-097<br>COURTSIDE LLC<br>100 PROSPECT ST #Z103<br>STAMFORD CT 06901 | 001221P001-1337A-097<br>CRYSTAL CENTRAL LLC<br>DANIEL WEI XU CEO<br>520 CENTRAL PKWY<br>STE 218<br>PLANO TX 75074 | 000808P001-1337A-097<br>DAMICO SHIPPING USA LTD<br>BRENDAN P COLLINS<br>ONE ATLANTIC ST<br>STAMFORD CT 06905 |
| 000809P001-1337A-097<br>DELTA NAVIGATION CORP<br>ONE ATLANTIC ST<br>STAMFORD CT 06901 | 000166P002-1337A-097<br>DISERIO MARTIN O CONNOR AND CASTIGLIONI LLP<br>WILLIAM DURKIN<br>1 ATLANTIC ST<br>STAMFORD CT 06901 | 000892P004-1337A-097<br>FIRST COUNTY BANK<br>3001 SUMMER ST STE 1<br>STAMFORD CT 06905-4321 | 000897P001-1337A-097<br>FIRST COUNTY BANK<br>100 PROSPECT ST #Z111<br>STAMFORD CT 06901 |
| 000848P001-1337A-097<br>FLEET NATIONAL BANK FKA FLEET BANK NA<br>REAL ESTATE TRANSACTIONS GROUP<br>MADE 10032E<br>100 FEDERAL ST<br>BOSTON MA 02110 | 000848S001-1337A-097<br>FLEET NATIONAL BANK FKA FLEET BANK NA<br>CORPORATE LEGAL DEPT<br>REAL ESTATE COUNSEL MADE 10019D<br>100 FEDERAL ST<br>BOSTON MA 02110 | 000813P001-1337A-097<br>FRAMEWORK LLC<br>ONE ATLANTIC ST<br>STAMFORD CT 06901 | 000216P001-1337A-097<br>GREAT NORTHERN ELEVATOR CO LLC<br>PHILIP JOHNSTON<br>1584 CHAMBERLAIN HWY<br>KENSINGTON CT 06037 |
| 000888P001-1337A-097<br>HOUSING DEVELOPMENT FUND<br>100 PROSPECT ST<br>STAMFORD CT 06901 | 000817P001-1337A-097<br>JOHNSON FRETTY AND CO<br>JAMES E JOHNSON<br>LANDMARK SQUARE<br>STAMFORD CT 06901 | 000819P001-1337A-097<br>LAW OFFICES OF STEPHEN J CURLEY LLC<br>ONE ATLANTIC ST STE 604<br>STAMFORD CT 06901 | 000887P001-1337A-097<br>LEASING OFFICE<br>100 PROSPECT ST #N109<br>STAMFORD CT 06901 |
| 000820P001-1337A-097<br>LUMESIS INC<br>GREGG BIENSTOCK, CEO<br>ONE ATLANTIC ST<br>STAMFORD CT 06901 | 000821P001-1337A-097<br>LUMIS PARTNERS INC<br>263 TRESSER BLVD 9TH FL<br>STAMFORD CT 06901 | 000902P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N101<br>STAMFORD CT 06901 | 000903P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N102<br>STAMFORD CT 06901 |
| 000904P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N103<br>STAMFORD CT 06901 | 000905P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N104<br>STAMFORD CT 06901 | 000906P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N105<br>STAMFORD CT 06901 | 000907P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N106<br>STAMFORD CT 06901 |

# Newbury Common Associates, LLC, et al.
# Federal Express
# Exhibit Pages

Page # : 2 of 5                                                                                                                         06/29/2016 06:30:03 PM

| | | | |
|---|---|---|---|
| 000908P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N107<br>STAMFORD CT 06901 | 000909P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N108<br>STAMFORD CT 06901 | 000910P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N110<br>STAMFORD CT 06901 | 000911P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N111<br>STAMFORD CT 06901 |
| 000912P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N201<br>STAMFORD CT 06901 | 000913P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N202<br>STAMFORD CT 06901 | 000914P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N203<br>STAMFORD CT 06901 | 000915P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N204<br>STAMFORD CT 06901 |
| 000916P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N205<br>STAMFORD CT 06901 | 000917P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N206<br>STAMFORD CT 06901 | 000918P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N207<br>STAMFORD CT 06901 | 000919P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N208<br>STAMFORD CT 06901 |
| 000920P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N209<br>STAMFORD CT 06901 | 000921P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N210<br>STAMFORD CT 06901 | 000922P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N211<br>STAMFORD CT 06901 | 000923P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N212<br>STAMFORD CT 06901 |
| 000924P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N301<br>STAMFORD CT 06901 | 000925P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N302<br>STAMFORD CT 06901 | 000926P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N303<br>STAMFORD CT 06901 | 000927P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N304<br>STAMFORD CT 06901 |
| 000928P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N305<br>STAMFORD CT 06901 | 000929P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N306<br>STAMFORD CT 06901 | 000930P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N307<br>STAMFORD CT 06901 | 000931P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N308<br>STAMFORD CT 06901 |
| 000932P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N309<br>STAMFORD CT 06901 | 000933P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N310<br>STAMFORD CT 06901 | 000934P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N311<br>STAMFORD CT 06901 | 000935P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #N312<br>STAMFORD CT 06901 |

# Newbury Common Associates, LLC, et al.
# Federal Express
# Exhibit Pages

Page # : 3 of 5                                                                                                                                     06/29/2016 06:30:03 PM

| | | | |
|---|---|---|---|
| 000936P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #S101<br>STAMFORD CT 06901 | 000937P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #S102<br>STAMFORD CT 06901 | 000938P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #S103<br>STAMFORD CT 06901 | 000939P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #S104<br>STAMFORD CT 06901 |
| 000940P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #S105<br>STAMFORD CT 06901 | 000941P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #S106<br>STAMFORD CT 06901 | 000942P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #S107<br>STAMFORD CT 06901 | 000943P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #S108<br>STAMFORD CT 06901 |
| 000944P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #S109<br>STAMFORD CT 06901 | 000945P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #S110<br>STAMFORD CT 06901 | 000946P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #S111<br>STAMFORD CT 06901 | 000947P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #S201<br>STAMFORD CT 06901 |
| 000948P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #S202<br>STAMFORD CT 06901 | 000949P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #S203<br>STAMFORD CT 06901 | 000950P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #S204<br>STAMFORD CT 06901 | 000951P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #S205<br>STAMFORD CT 06901 |
| 000952P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #S206<br>STAMFORD CT 06901 | 000953P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #S207<br>STAMFORD CT 06901 | 000954P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #S208<br>STAMFORD CT 06901 | 000955P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #S209<br>STAMFORD CT 06901 |
| 000956P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #S210<br>STAMFORD CT 06901 | 000957P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #S211<br>STAMFORD CT 06901 | 000958P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #S212<br>STAMFORD CT 06901 | 000959P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #S301<br>STAMFORD CT 06901 |
| 000960P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #S302<br>STAMFORD CT 06901 | 000961P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #S303<br>STAMFORD CT 06901 | 000962P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #S304<br>STAMFORD CT 06901 | 000963P001-1337A-097<br>NAME INTENTIONALLY OMITTED<br>100 PROSPECT ST #S305<br>STAMFORD CT 06901 |

# Newbury Common Associates, LLC, et al.
# Federal Express
# Exhibit Pages

Page # : 4 of 5

06/29/2016 06:30:03 PM

000964P001-1337A-097
NAME INTENTIONALLY OMITTED
100 PROSPECT ST #S306
STAMFORD CT 06901

000965P001-1337A-097
NAME INTENTIONALLY OMITTED
100 PROSPECT ST #S307
STAMFORD CT 06901

000966P001-1337A-097
NAME INTENTIONALLY OMITTED
100 PROSPECT ST #S308
STAMFORD CT 06901

000967P001-1337A-097
NAME INTENTIONALLY OMITTED
100 PROSPECT ST #S309
STAMFORD CT 06901

000968P001-1337A-097
NAME INTENTIONALLY OMITTED
100 PROSPECT ST #S310
STAMFORD CT 06901

000969P001-1337A-097
NAME INTENTIONALLY OMITTED
100 PROSPECT ST #S311
STAMFORD CT 06901

000970P001-1337A-097
NAME INTENTIONALLY OMITTED
100 PROSPECT ST #S312
STAMFORD CT 06901

000971P001-1337A-097
NAME INTENTIONALLY OMITTED
100 PROSPECT ST #S401
STAMFORD CT 06901

000972P001-1337A-097
NAME INTENTIONALLY OMITTED
100 PROSPECT ST #S402
STAMFORD CT 06901

000973P001-1337A-097
NAME INTENTIONALLY OMITTED
100 PROSPECT ST #S403
STAMFORD CT 06901

000974P001-1337A-097
NAME INTENTIONALLY OMITTED
100 PROSPECT ST #S404
STAMFORD CT 06901

000975P001-1337A-097
NAME INTENTIONALLY OMITTED
100 PROSPECT ST #S405
STAMFORD CT 06901

000976P001-1337A-097
NAME INTENTIONALLY OMITTED
100 PROSPECT ST #S406
STAMFORD CT 06901

000977P001-1337A-097
NAME INTENTIONALLY OMITTED
100 PROSPECT ST #S407
STAMFORD CT 06901

000978P001-1337A-097
NAME INTENTIONALLY OMITTED
100 PROSPECT ST #S408
STAMFORD CT 06901

000979P001-1337A-097
NAME INTENTIONALLY OMITTED
100 PROSPECT ST #S409
STAMFORD CT 06901

000980P001-1337A-097
NAME INTENTIONALLY OMITTED
100 PROSPECT ST #S410
STAMFORD CT 06901

000981P001-1337A-097
NAME INTENTIONALLY OMITTED
100 PROSPECT ST #S411
STAMFORD CT 06901

000982P001-1337A-097
NAME INTENTIONALLY OMITTED
100 PROSPECT ST #S412
STAMFORD CT 06901

000983P001-1337A-097
NAME INTENTIONALLY OMITTED
100 PROSPECT ST #Z104
STAMFORD CT 06901

000984P001-1337A-097
NAME INTENTIONALLY OMITTED
100 PROSPECT ST #Z105
STAMFORD CT 06901

000824P001-1337A-097
NEXUS PARTNERS LLC
400 SKOKIE BLVD STE 570
NORTHBROOK IL 60062

000825P001-1337A-097
PACIFIC BASIN SHIPPING USA INC
ONE ATLANTIC ST
STAMFORD CT 06901

001222P001-1337A-097
PARK SQUARE WEST ASSOCIATES
SEABOARD REALTY LLC
1 ATLANTIC ST
STAMFORD CT 06901

000826P001-1337A-097
PRINCE AND COTLER LLC
350 BEDFORD ST STE 300
STAMFORD CT 06901

000839P001-1337A-097
PRINCE LAW GROUP LLC
FKA PRINCE AND COTLER LLC
WENDY E PRINCE
ONE ATLANTIC ST
STAMFORD CT 06901

000828P001-1337A-097
QUARVE ASSOCIATES
FRANK G WELCH
ONE ATLANTIC ST
STAMFORD CT 06901

000854P001-1337A-097
QUARVE ASSOCIATES
ONE ATLANTIC ST STE 402
STAMFORD CT 06901

# Newbury Common Associates, LLC, et al.
# Federal Express
# Exhibit Pages

Page # : 5 of 5                                                                                                                                                 06/29/2016 06:30:03 PM

| | | | |
|---|---|---|---|
| 000829P001-1337A-097<br>RBS CITIZENS NA<br>DAVID HOWE<br>875 ELM ST 2ND FL<br>MANCHESTER NH 03101 | 000829S001-1337A-097<br>RBS CITIZENS NA<br>JLL<br>535 WILLIAM PENN WAY 20TH FL<br>PITTSBURGH PA 15259 | 000830P001-1337A-097<br>RIVEROAK INVESTMENT CORP LLC<br>STEPHEN DANARDO PRESIDENT<br>ONE ATLANTIC ST<br>STAMFORD CT 06901 | 000857P001-1337A-097<br>RIVEROAK INVESTMENT CORP LLC<br>STEPHEN DENARDO<br>ONE ATLANTIC ST<br>STAMFORD CT 06901 |
| 000857S001-1337A-097<br>RIVEROAK INVESTMENT CORP LLC<br>STEPHEN DENARDO<br>163 BARNCROF RD<br>STAMFORD CT 06902-1207 | 000832P001-1337A-097<br>SALAAM BOMBAY CHILDRENS FUND<br>ONE ATLANTIC ST<br>STAMFORD CT 06901 | 001223P001-1337A-097<br>SEABOARD HOTEL ASSOCIATES LLC<br>SEABOARD REALTY LLC<br>1 ATLANTIC ST<br>STAMFORD CT 06901 | 000834P001-1337A-097<br>SHARED MUTUAL SVCS LLC<br>ONE ATLANTIC ST<br>STAMFORD CT 06901 |
| 000836P001-1337A-097<br>STAMFORD SPORTS AND SPINE PC<br>ONE ATLANTIC ST<br>STAMFORD CT 06901 | 001232P001-1337A-097<br>STEWART AND STEVENSON POWER PRODUCTS<br>LLC<br>180 ROUTE 17 SOUTH<br>LODI NJ 07644 | 001232S001-1337A-097<br>STEWART AND STEVENSON POWER PRODUCTS<br>ATLANTIC POWER SYSTEMS<br>300 SMITH ST<br>MIDDLETOWN CT 06457 | 000837P001-1337A-097<br>STRIDE CAPITAL GROUP LP<br>ONE ATLANTIC ST<br>STAMFORD CT 06901 |
| 001236P001-1337A-097<br>TR EASTVIEW LLC<br>FD RICH CO INC<br>222 SUMMER ST<br>STAMFORD CT 06901 | 000863P001-1337A-097<br>WETHERBY PARTNERS LLC<br>RICHARD JACOBY<br>ONE ATLANTIC ST<br>STAMFORD CT 06901 | | |

Records Printed :          **126**

**EXHIBIT 2**

**Newbury Common Associates, LLC, et al.**
**USPS Express Mail**
**Exhibit Page**

Page # : 1 of 1                                                                                               06/29/2016 06:29:37 PM

001211P001-1337A-097
CHEM AQUA
BLDG 5 NORTH PO BOX 152170
IRVING TX 75015-

Records Printed :            1

**EXHIBIT 3**

# Newbury Common Associates, LLC, et al.
## Exhibit Pages

Page # : 1 of 4                                                                 06/29/2016 06:20:01 PM

| | | | |
|---|---|---|---|
| 000104P001-1337S-097<br>A PAPPAJOHN COMPANY<br>ROBINSON & COLE LLP PATRICK BIRNEY<br>280 TRUMBULL ST<br>HARTFORD CT 06103 | 000110P001-1337S-097<br>A PAPPAJOHN COMPANY<br>MONTGOMERY MCCRACKEN N D RAMSEY<br>1105 N MARKET ST 15TH FL<br>WILMINGTON DE 19801-1216 | 000096P001-1337S-097<br>AMERICAN FURNITURE RENTAL<br>PO BOX 821014<br>PHILADELPHIA PA 19182 | 000114P001-1337S-097<br>AMERICARES FOUNDATION INC<br>COOCH AND TAYLOR PA R G DICK IV<br>THE BRANDYWINE BUILDING<br>1000 W ST 10TH FL<br>WILMINGTON DE 19801 |
| 000039P001-1337S-097<br>ARROWHEAD TRUST FBO CHRISTOPHER O CONNOR<br>KELLEY DRYE ET AL G SAYDAH JR<br>101 PARK AVE<br>NEW YORK NY 10178 | 000109P001-1337S-097<br>ASCENSION CAPITAL GROUP<br>BMW BANK OF NORTH AMERICA DEPT<br>ACCOUNT XXXXX6160<br>PO BOX 201347<br>ARLINGTON TX 76006 | 000089P001-1337S-097<br>ASD CONSTRUCTION LLC<br>WILFREDO AYALA<br>150 AVON ST<br>STRATFORD CT 06615 | 000111P002-1337S-097<br>BAKER CONCRETE CONST; WWE<br>K AND L GATES LLP LAUREN GARRAUX<br>600 N KING ST STE 901<br>WILMINGTON DE 19801 |
| 000076P001-1337S-097<br>BERKOWITZ TRAGER AND TRAGER LLC<br>8 WRIGHT ST 2ND FL<br>WESTPORT CT 06880 | 000037P001-1337S-097<br>CALLAGY JOHN M<br>KELLEY DRYE ET AL G SAYDAH JR<br>101 PARK AVE<br>NEW YORK NY 10178 | 000102P001-1337S-097<br>CARMODY TORRANCE SANDAK HENNESSEY<br>707 SUMMER ST #300<br>STAMFORD CT 06901 | 000091P001-1337S-097<br>CARPET CITY<br>DAVE MONTANI<br>1555 BLACK ROCK TPKE<br>FAIRFIELD CT 06825 |
| 000079P001-1337S-097<br>CBRE INC<br>MARGARET RAFF<br>200 PARK AVE 17TH FL<br>NEW YORK NY 10166 | 000021P001-1337S-097<br>CEDAR HILL CAPITAL LLC<br>ASHBY AND GEDDES PA W BOWDEN<br>500 DELAWARE AVE<br>WILMINGTON DE 19801 | 000022P001-1337S-097<br>CEDAR HILL CAPITAL LLC<br>GOLDMAN GRUDER ET AL J RIBAS<br>105 TECHNOLOGY DR<br>TRUMBULL CT 06611 | 000023P001-1337S-097<br>CITIZENS BANK NA<br>SEYFARTH SHAW LLP E FOX<br>620 8TH AVE<br>NEW YORK NY 10018 |
| 000024P001-1337S-097<br>CITIZENS BANK NA<br>SEYFARTH SHAW LLP W HANLON<br>2 SEAPORT LN WORLD TRADE CENTER EAST STE 300<br>BOSTON MA 02210 | 000095P001-1337S-097<br>CITY CARTING AND RECYCLING<br>RICH LUPINACCI<br>8 VIADUCT RD<br>STAMFORD CT 06907 | 000083P001-1337S-097<br>CITY OF STAMFORD<br>PO BOX 50<br>STAMFORD CT 06904 | 000025P001-1337S-097<br>CONNECTICUT HOUSING FINANCE AUTHORITY<br>LANDIS RATH ET AL K BROWN<br>919 MARKET ST STE 1800<br>WILMINGTON DE 19801 |
| 000026P001-1337S-097<br>CONNECTICUT HOUSING FINANCE AUTHORITY<br>DAY PITNEY LLP M GINZBURG<br>242 TRUMBULL ST<br>HARTFORD CT 06103 | 000097P001-1337S-097<br>CONNECTICUT MATERIALS TESTING LAB INC<br>7 LEXINGTON AVE<br>SOUTH NORWALK CT 06854 | 000027P001-1337S-097<br>CPR MONEY LLC<br>HOGAN MCDANIEL G MCDANIEL<br>1311 DELAWARE AVE<br>WILMINGTON DE 19806 | 000028P002-1337S-097<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH FRAMPTON BANKR ADMIN<br>820 N FRENCH ST 8TH FL<br>CARVEL STATE OFFICE BLDG<br>WILMINGTON DE 19801 |
| 000029P001-1337S-097<br>DELAWARE STATE TREASURY<br>820 SILVER LAKE BLVD STE 100<br>DOVER DE 19901 | 000080P001-1337S-097<br>DISERIO MARTIN O CONNOR AND CASTIGLIONI LLP<br>WILLIAM DURKIN<br>ONE ATLANTIC ST<br>STAMFORD CT 06902 | 000082P001-1337S-097<br>DRIVERS UNLIMITED INC<br>RANDY KLEIN<br>9 MOTT AVE STE 306<br>NORWALK CT 06850 | 000105P001-1337S-097<br>ENVIRONMENTAL CONTROL INC<br>ROSNER LAW GROUP - F ROSNER<br>824 MARKET ST, SUITE 810<br>WILMINGTON DE 19801 |

| | | | |
|---|---|---|---|
| 000106P001-1337S-097<br>ENVIRONMENTAL CONTROL INC<br>PULLMAN AND COMLEY - IRVE GOLDMAN<br>850 MAIN ST, P.O. BOX 7006<br>BRIDGEPORT CT 06601-7006 | 000030P002-1337S-097<br>FIRST COUNTY BANK<br>MORRIS JAMES LLP CARL KUNZ III<br>500 DELAWARE AVE STE 1500<br>WILMINGTON DE 19801 | 000031P001-1337S-097<br>FRANCHISE TAX BOARD<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST PO BOX 898<br>DOVER DE 19903 | 000032P001-1337S-097<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| 000069P001-1337S-097<br>FRANK WILLIAM P<br>SKADDEN ARPS ET AL M BYRNES<br>PO BOX 636 ONE RODNEY SQUARE<br>WILMINGTON DE 19801 | 000043P001-1337S-097<br>FULLER SAMUEL B<br>COHEN SEGLIAS ET AL J HARKER<br>1007 NORTH ORANGE ST NEMOURS BLDG STE 1130<br>WILMINGTON DE 19801 | 000045P001-1337S-097<br>FULLER SAMUEL B<br>COHN BIRNBAUM AND SHEA S ROSEN<br>100 PEARL ST 12TH FL<br>HARTFORD CT 06103 | 000094P001-1337S-097<br>GREAT NORTHERN ELEVATOR CO LLC<br>PHILIP JOHNSTON<br>1584 CHAMBERLAIN HWY<br>KENSINGTON CT 06037 |
| 000100P001-1337S-097<br>GROSSO CUSTOM BUILDERS<br>WILFREDO AYALA<br>86 SHERIDAN ST<br>STRATFORD CT 06115 | 000092P001-1337S-097<br>HELLER AND JOHNSEN<br>35 NUTMEG DR STE 325<br>TRUMBULL CT 06611 | 000078P001-1337S-097<br>IMCS LLC<br>44 COLEYTOWN RD<br>WESTPORT CT 06880 | 000033P001-1337S-097<br>IRS<br>INSOLVENCY SECTION<br>2970 MARKET ST PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| 000034P001-1337S-097<br>IRS<br>2970 MARKET ST MAIL STOP 5 Q3 0133<br>PHILADELPHIA PA 19104-5016 | 000035P001-1337S-097<br>ISRAEL DISCOUNT BANK OF NEW YORK<br>MARGOLIS EDELSTEIN J HUGGETT<br>300 DELAWARE AVE STE 800<br>WILMINGTON DE 19801 | 000036P001-1337S-097<br>ISRAEL DISCOUNT BANK OF NEW YORK<br>PRYOR CASHMAN LLP R BEACHER<br>7 TIMES SQUARE<br>NEW YORK NY 10036-6569 | 000081P001-1337S-097<br>JONATHAN NEHMER ASSOC INC<br>7361 CALHOUN PL STE 310<br>ROCKVILLE MD 20855 |
| 000087P001-1337S-097<br>KARPS TRUE VALUE HARDWARE<br>MARC<br>485 HOPE ST<br>STAMFORD CT 06906 | 000085P001-1337S-097<br>KENCAL MAINTENANCE CORP<br>MARY CINTRON<br>399 KNOLLWOOD RD<br>WHITE PLAINS NY 10603 | 000101P001-1337S-097<br>KM COMMUNICATIONS SVCS<br>THOMAS KELLY<br>1 DOCK ST STE 106<br>STAMFORD CT 06902 | 000086P001-1337S-097<br>KRAVET REALTY LLC<br>JEFF KRAVET<br>180 BROAD ST<br>STAMFORD CT 06901 |
| 000107P001-1337S-097<br>MARRIOTT INTERNATIONAL, INC.<br>SHEPPARD MULLIN ET AL C SHULMAN<br>30 ROCKEFELLER PLAZA 39TH FL<br>NEW YORK NY 10112 | 000051P001-1337S-097<br>MCALLISTER ROSEMARY<br>CIARDI CIARDI ET AL J MCMAHON JR<br>1204 N KING ST<br>WILMINGTON DE 19801 | 000052P001-1337S-097<br>MCALLISTER ROSEMARY<br>SIMMS SHOWERS LLP C BRYANT<br>201 INTERNATIONAL CIR<br>BALTIMORE MD 21030 | 000042P001-1337S-097<br>MCK 15 LLC<br>COHEN SEGLIAS ET AL J HARKER<br>1007 NORTH ORANGE ST NEMOURS BLDG STE 1130<br>WILMINGTON DE 19801 |
| 000044P001-1337S-097<br>MCK 15 LLC<br>COHN BIRNBAUM AND SHEA S ROSEN<br>100 PEARL ST 12TH FL<br>HARTFORD CT 06103 | 000046P001-1337S-097<br>MICHIGAN DEPT OF TREASURY TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST 2ND FL AUSTIN BLDG<br>LANSING MI 48922 | 000090P001-1337S-097<br>MY SLIDELINES LLC<br>SCOTT GOLDSTEIN<br>1318 KOSSUTH ST<br>BRIDGEPORT CT 06608 | 000038P001-1337S-097<br>O CONNOR THOMAS E<br>KELLEY DRYE ET AL G SAYDAH JR<br>101 PARK AVE<br>NEW YORK NY 10178 |

# Newbury Common Associates, LLC, et al.
## Exhibit Pages

Page # : 3 of 4                                                                                                                           06/29/2016  06:20:01 PM

| | | | |
|---|---|---|---|
| 000047P001-1337S-097<br>OFFICE OF THE UNITED STATES TRUSTEE<br>DAVID GERARDI<br>844 KING ST STE 2207 LOCKBOX 35<br>WILMINGTON DE 19801 | 000093P001-1337S-097<br>ONE SOLUTION SERVICES LLC<br>PAUL SPAGNOLETTI<br>626 SURF AVE<br>STRATFORD CT 06615 | 000108P001-1337S-097<br>PARK SQUARE WEST I LP<br>UPDIKE KELLY ET AL P N GILMORE<br>100 PEARL ST 17TH FL<br>PO BOX 231277<br>HARTFORD CT 06123-1277 | 000048P002-1337S-097<br>PATRIOT BANK NA<br>GELLERT SCALI ET AL M BUSENKELL<br>1201 N ORANGE ST STE 300<br>WILMINTON DE 19801 |
| 000099P001-1337S-097<br>PELLICCIONE AND ASSOC LLC<br>JOE PELLICCIONE<br>4 LANDMARK SQUARE<br>STAMFORD CT 06901 | 000050P001-1337S-097<br>PEOPLES UNITED BANK NA<br>NEUBERT PEPE AND MONTEITH<br>195 CHURCH STR<br>NEW HAVEN CT 06510 | 000103P003-1337S-097<br>PEOPLES UNITED BANK NA<br>KLEHR HARRISON ET AL R LEMISCH<br>919 MARKET ST STE 1000<br>WILMINGTON DE 19801 | 000077P001-1337S-097<br>PROPARK INC<br>BLAKE GULINO<br>301 ELM ST<br>STAMFORD CT 06901 |
| 000088P001-1337S-097<br>REDNISS AND MEAD INC<br>SHELIA SWEET<br>22 FIRST ST<br>STAMFORD CT 06905 | 000053P001-1337S-097<br>SEC<br>SECURITIES AND EXCHANGE COMM<br>100 F ST NE<br>WASHINGTON DC 20549 | 000054P001-1337S-097<br>SEC NEW YORK<br>SECURITIES AND EXCHANGE COMM<br>200 VESEY ST BROOKFIELD PL STE 400<br>NEW YORK NY 10281-1022 | 000098P003-1337S-097<br>SKY VIEW BUILDERS LLC<br>PAUL GUDAS<br>180 BEDFORD ST 2ND FL<br>STAMFORD CT 06901 |
| 000055P001-1337S-097<br>SOCIAL SECURITY ADMINISTRATION<br>OFC OF THE GEN COUNSEL REG 3<br>300 SPRING GARDEN ST<br>PHILADELPHIA PA 19123 | 000074P001-1337S-097<br>SPAGS NE LLC DBA LIONHEART MAINTENANCE<br>LESLIE ALVARADO<br>150 MORRIS AVE STE 201<br>SPRINGFIELD NJ 07081 | 000073P002-1337S-097<br>SSC INC<br>25 CONTROLS DRIVE<br>SHELTON CT 06484 | 000084P001-1337S-097<br>STAMFORD WPCA<br>PO BOX 1200<br>HARTFORD CT 06143 |
| 000116P001-1337S-097<br>STATE OF CT DEPT OF REVENUE SRVS<br>DENISE MONDELL ASST ATTY GEN<br>55 ELM ST<br>PO BOX 120<br>HARTFORD CT 06141-0120 | 000056P001-1337S-097<br>SUNROCK HOLDINGS LLC<br>WOFSEY ROSEN ET AL D YOUNG<br>600 SUMMER ST 7TH FL<br>STAMFORD CT 06901 | 000112P001-1337S-097<br>SUNROCK HOLDINGS LLC<br>SULLIVAN HAZELTINE ET AL W SULLIVAN<br>901 N MARKET ST STE 1300<br>WILMINGTON DE 19801 | 000057P001-1337S-097<br>THOMAS KELLY<br>MALONE LAW PLLC D MALONE<br>1700 BROADWAY 41ST FL<br>NEW YORK NY 10019 |
| 000058P001-1337S-097<br>THOMAS KELLY<br>CROSS AND SIMON LLC<br>1105 NORTH MARKET ST STE 901<br>WILMINGTON DE 19801 | 000075P001-1337S-097<br>TRI-STAR SERVICES INC<br>ADAM BARBIERI<br>39 KENOSIA AVE<br>DANBURY CT 06810 | 000060P001-1337S-097<br>UC FUNDING LLC<br>BROGNA LAW D BROGNA<br>57 HICKORY LN<br>BOXFORD MA 01921 | 000062P001-1337S-097<br>UC FUNDING LLC<br>COLE SCHOTZ PC D HURST<br>1325 AVENUE OF THE AMERICAS 19TH FL<br>NEW YORK NY 10022 |
| 000063P001-1337S-097<br>UCF I TRUST 1 LLC<br>COLE SCHOTZ PC D HURST<br>500 DELAWARE AVE 14TH FL<br>WILMINGTON DE 19801 | 000065P001-1337S-097<br>UNITED STATES OF AMERICA<br>US ATTORNEYS OFFICE<br>1007 ORANGE ST STE 700 PO BOX 2046<br>WILMINGTON DE 19899-2046 | 000040P003-1337S-097<br>US BANK NATIONAL ASSOCIATION<br>MCCARTER AND ENGLISH LLP J LUBERTAZZI<br>100 MULBERRY ST FOUR GATEWAY CTR<br>NEWARK NJ 07102 | 000041P002-1337S-097<br>US BANK NATIONAL ASSOCIATION<br>MCCARTER AND ENGLISH LLP K BUCK<br>405 N KING ST 8TH FL<br>WILMINGTON DE 19801 |

# Newbury Common Associates, LLC, et al.
## Exhibit Pages

Page # : 4 of 4                                                                                                          06/29/2016 06:20:01 PM

| 000059P001-1337S-097 | 000066P001-1337S-097 | 000067P001-1337S-097 | 000068P001-1337S-097 |
| --- | --- | --- | --- |
| US DEPT OF JUSTICE | US EPA REG 3 OFFICE OF REG COUNSEL | WEBSTER BANK NA | WEBSTER BANK NA |
| UNITED STATES ATTORNEY GENERAL | BETTINA DUNN PARALEGAL SPECIALIST | SHIPMAN AND GOODWIN LLP K LAMANNA | WOMBLE CARLYLE ET AL M PATTERSON |
| 950 PENNSYLVANIA AVE NW | 1650 ARCH ST | ONE CONSTITUTION PLZ | 222 DELAWARE AVE STE 1501 |
| WASHINGTON D.C. 20530 | PHILADELPHIA PA 19103 | HARTFORD CT 06103-1919 | WILMINGTON DE 19801 |

| 000070P001-1337S-097 | 000071P001-1337S-097 | 000115P001-1337S-097 | |
| --- | --- | --- | --- |
| WILLIAM MERRITT | WILLIAM MERRITT | WORLD WRESTLING ENT INC | |
| BLANK ROME LLP V GUILFOYLE | BLANK ROME LLP R ANTONOFF | K AND L GATES LLP JOHN BICKS | |
| 1201 NORTH MARKET ST STE 800 | 405 LEXINGTON AVE | 599 LEXINGTON AVE | |
| WILMINGTON DE 19801 | NEW YORK NY 10174 | NEW YORK NY 10022 | |

Records Printed :    91